Michael J. Miller, VA Bar No. 19171
David C. Andersen, CA Bar No. 194095
THE MILLER FIRM, LLC
2 Bala Plaza, Suite 603
Bala Cynwyd, PA 19004
Telephone: (610) 660-0622
Facsimile: (610) 660-0628

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| LYNNWOOD GORDON,<br><br>               Plaintiff,<br><br>v.<br><br>PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC,<br><br>               Defendants. | Docket No.: 06-CV-5846-CRB<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer**<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

       Come now the Plaintiff, LYNNWOOD GORDON, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: Apr. 12, 2009         By: /s/ David C. Andersen

                                    THE MILLER FIRM, LLP
                                    Two Bala Plaza, Ste. 603
                                    Bala Cynwyd, PA 19004
                                    Telephone: (212) 335-4500
                                    Facsimile: (212) 335-4501
                                    *Attorneys for Plaintiff*


DATED: 8/26, 2009            By: /s/ Loren Brown

                                    DLA PIPER LLP (US)
                                    1251 Avenue of the Americas
                                    New York, NY 10020
                                    Telephone: (212) 335-4500
                                    Facsimile: (212) 335-4501
                                    *Defendants' Liaison Counsel*


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**


Dated: Sept. 1, 2009          

                                    Hon. Charles R. Breyer
                                    United States District Court